FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
APR 03 2019

DEPUTY CLERK

TED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | NO. 3:19-00092 |
| LAWRENCE J. VALDEZ | ) | |

## MOTION TO SEAL INDICTMENT

The United States of America, by and through Donald Q. Cochran, United States Attorney, and Brent Hannafan, Assistant United States Attorney, hereby moves this Court to seal the Indictment in this case. Defendant is a medical doctor who has been indicted for violating Title 21, U.S.C., Section 841(a)(1).

The underlying investigation is part of a larger, multi-jurisdictional prosecution by the Department of Justice and the results of several more similar investigations are expected to be presented to the grand jury for indictment within the next week. Defendant has not been arrested. Therefore, in order to ensure that defendant does not attempt to flee or destroy evidence, and to ensure the safety of the officers involved in the arrest of defendant, the United States respectfully requests the Court order that the indictment in this case be sealed until the time of defendant's arrest. A proposed Order granting this Motion is attached.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney for the
Middle District of Tennessee

*s/ Brent Hannafan*
BRENT HANNAFAN
Assistant United States Attorney
Chief, Criminal Division