REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: 3:19-cr-00092 |
| v. | Judge: Eli Richardson |
| **LAWRENCE J. VALDEZ** | Hearing Date: 8/5/2019 |
| (list each defendant appearing at hearing) | Location: ☒ Nashville ☐ Columbia ☐ Cookeville |
| | Court Reporter: Debbie Watson |
| | Court Interpreter: N/A |

## CRIMINAL MINUTES

Government Attorney(s): William M. Grady

Defense Attorney(s): Peter Strianse

### TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☒
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| # | Juror | # | Juror |
|---|---|---|---|
| 1. | | 7. | |
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

Status conference held - Defendant's oral unopposed motion to continue was granted; waiver executed and submitted; trial rescheduled for December 10, 2019; pretrial conference rescheduled for November 25, 2019 at 2:30 p.m.; Order to enter.

Total Time in Court: 13 Minutes

Clerk of Court
by: Julie Jackson